FILED
2007 Sep-07 PM 03:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| APRIL GORTNEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 4:05-CV-1867-RRA-LSC |
| | ) |
| JOSEPH & COMPANY, | ) |
| | ) |
| Defendant. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 6, 2007, recommending that the defendant's motion for summary judgment in the above-entitled cause be granted and this cause be dismissed with prejudice. (Doc. 46.)[1] Plaintiff filed objections on July 20, 2007. (Doc. 47.)

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby

---

[1] On July 16, 2007, the magistrate judge entered an order that corrected a typographical error in a sentence on the twenty-third page of his report and recommendation.

ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendant is entitled to judgment as a matter of law. Accordingly, defendant's motion for summary judgment (Doc. 29) is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

    Done this <u>7th</u> day of <u>September 2007</u>.

                                              L. SCOTT COOGLER
                                  UNITED STATES DISTRICT JUDGE
                                                139297