FILED
2007 Sep-07 PM 03:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| APRIL GORTNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 4:05-CV-1867-RRA-LSC |
| | ) | |
| JOSEPH & COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In accordance with the Memorandum of Opinion entered contemporaneously herewith and with Federal Rule of Civil Procedure 58, it is hereby ORDERED, ADJUDGED, and DECREED that Defendant's motion for summary judgment (Doc. 29) is GRANTED and this action is DISMISSED WITH PREJUDICE. Costs are taxed to the plaintiff.

Done this 7th day of September 2007.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
139297